UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00621-FDW-DCK

| | | |
|---|---|---|
| MARCUS D. THORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| THE ART INSTITUTE OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. On December 3, 2014, the Court entered an order granting Defendant's Motion to Stay Judicial Proceedings and Defer to Arbitration. (Doc. No. 2). This Order directed the parties to proceed to arbitration and to submit reports to the Court every ninety (90) days. In compliance with this Order, Defendant submitted its first status report to the Court on March 4, 2015. (Doc. No. 6). However, Plaintiff failed to submit a status report, as it is required to do pursuant to the Court's Order compelling arbitration.

Accordingly, Plaintiff is ORDERED to show cause **by April 21, 2015** why it has not submitted its first report on the progress of arbitration in this case in a timely manner. Additionally, the parties are ORDERED to submit any further status reports JOINTLY. The parties are also reminded that, pursuant to the Court's Order, this dispute must be resolved within six (6) months of the date of that Order, or June 3, 2015.

IT IS SO ORDERED.

Signed: April 14, 2015

Frank D. Whitney
Chief United States District Judge